# LONDON FISCHER LLP

59 MAIDEN LANE
NEW YORK, NEW YORK 10038

| IRVINE OFFICE | | LOS ANGELES OFFICE |
|---|---|---|
| 2505 MCCABE WAY, SUITE 100 | (212) 972-1000 | 800 WILSHIRE BOULEVARD, SUITE 1550 |
| IRVINE, CALIFORNIA 92614 | FACSIMILE: (212) 972-1030 | LOS ANGELES, CALIFORNIA 90017 |

WWW.LONDONFISCHER.COM

*MEMO ENDORSED*

April 1, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2025

**VIA ECF**

District Judge Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *Peleus Insurance Company v. Red Brick Property Management LLC*
     S.D.N.Y. Civil Case No.   :   1:25-cv-00492-CM

Dear Judge McMahon:

We represent Plaintiff, Peleus Insurance Company ("Peleus"). Peleus respectfully requests a brief adjournment of the Initial Conference scheduled for April 10, 2025 at 10:15a.m., See Dkt. 14, as we have recently been contacted by the general counsel for Defendant, 219 E 203 LLC ("219"). Counsel requested an extension until April 26, 2025 to Answer the Declaratory Judgment Complaint because 219 is currently retaining additional counsel to respond to the instant action. Peleus consents to the adjournment. This is the first request to adjourn the conference. All remaining Defendants have yet to appear or Answer and are currently in default, See Dkt. 15, 16, 18. An adjournment will not affect any dates as no dates are currently scheduled.

Peleus thanks the Court for its time and assistance.

Respectfully submitted,

LONDON FISCHER LLP

/s/ William J. Edwins
By:  William J. Edwins
     Attorneys for Plaintiff
     Peleus Insurance Company
     59 Maiden Lane, 39th Floor
     New York, New York 10038
     (212) 972-1000
     LF File No.: 417.0567263

---

*Handwritten endorsement:*

Conference adjourned to May 1, 2025 at 11:00 Am.

/s/ Colleen McMahon
4/1/2025