# LONDON FISCHER LLP

59 Maiden Lane
New York, New York 10038

t: (212) 972-1000
f: (212) 972-1030
www.LondonFischer.com

September 10, 2025

**MEMO ENDORSED**

*[Handwritten endorsement:] 9/10/2025 This action is stayed for 90 days. Please report in at that time. /s/ Colleen McMahon*

**VIA ECF**

District Judge Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re:  *Peleus Insurance Company v. Red Brick Property Management LLC doing business as Veta Construction, 219 East 203 LLC, Edwin Pena Centeno and Milton Kevin Garcia*
S.D.N.Y. Docket No. :     1:25-cv-00492-CM

Dear Judge McMahon:

Pursuant to the Court's Order dated September 4, 2025, the parties submit this Joint Letter.

Plaintiff, Peleus Insurance Company and Defendant 219 East 203 LLC[1] wish to inform the Court that the Underlying Action upon which this Declaratory Judgment Action is based upon is currently stayed. On August 12, 2025, the Underlying Court granted Mr. Centeno's and Mr. Garcia's counsel's Motion to be relieved. According to the Motion, Mr. Garcia has not responded to counsel for at least six months and Mr. Centeno has not been able to confirm the date of his alleged accident. They have not retained new counsel. Underlying defense counsel has advised that she does not believe that his matter will be restored to the active calendar and anticipates issuing a 90 Day Demand followed by a Motion to Dismiss pursuant to CPLR 3216.

As such, the parties respectfully request a stay in the instant action before Your Honor to permit this to take place. If the Underlying Action is, in fact, dismissed, any indemnity claims before this Court would be rendered moot, with only the issue of past defense costs remaining, which the parties believe can be resolved amongst themselves, absent motion practice.

---

[1] Defendants, Red Brick Property Management LLC doing business as Veta Construction, Edwin Pena Centeno and Milton Kevin Garcia are in default with Certificates of Default having been issued.

New York    -    Irvine    -    Los Angeles    -    Miami

District Judge Honorable Colleen McMahon
September 10, 2025
Page 2 of 2

    We thank the Court for its time and assistance.

| LONDON FISCHER LLP | KUSHNICK & ASSOCIATES, P.C. |
|---|---|
| By: /s/ William J. Edwins<br>William J. Edwins, Esq.<br>Attorneys for Plaintiff<br>Peleus Insurance Company<br>59 Maiden Lane, 39th Floor<br>New York, New York 10038<br>(212) 972-1000<br>File No.: 417.0567263 | By: /s/ Vincent T. Pallaci<br>Vincent T. Pallaci, Esq.<br>Attorneys for Defendant<br>219 East 203 LLC<br>630 Johnson Avenue, #201<br>Bohemia, New York 11716<br>(631) 752-7100 |